UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 1:13cr77-3 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| 3) MARIO OLIVER PEREZ-SANCHEZ | ) | |
| a/k/a Catfish | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrant for the above-named defendant in the above-numbered case be unsealed; and

IT APPEARING TO THE COURT that the necessity for keeping the Indictment and Arrest Warrant in the above-numbered case sealed as to the above-named defendant no longer exists;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrant for the above-named defendant be unsealed.

This \_\_\_ day of December, 2013.

_____
HONORABLE DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE